IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 20 2019
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 3:19cr171CWR

SOLIA FELIPA LOPEZ-MAZARIEGOS   18 U.S.C. § 911
a/k/a Marcela Garcia   18 U.S.C. § 1546(a)
42 U.S.C. § 408(a)(7)(B)

**The Grand Jury charges:**

COUNT 1

On or about April 10, 2019, in Scott County, in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendant, **SOLIA FELIPA LOPEZ-MAZARIEGOS a/k/a Marcela Garcia**, an alien in the United States, falsely and willfully represented herself to be a citizen of the United States, in violation of Title 18, United States Code, Section 911.

COUNT 2

On or about April 10, 2019, in Scott County, in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendant, **SOLIA FELIPA LOPEZ-MAZARIEGOS a/k/a Marcela Garcia,** aided and abetted by others known and unknown to the Grand Jury, did knowingly possess, utter, use and attempt to use a document prescribed by statute and regulation for evidence of authorized stay or employment in the United States, that is a Social Security Card, which card the defendant knew to be forged, counterfeited, altered, falsely made, and otherwise unlawfully obtained, in violation of Title 18, United States Code, Sections 1546(a) and 2.

COUNT 3

On or about April 10, 2019, in Scott County, in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendant, **SOLIA FELIPA LOPEZ-MAZARIEGOS a/k/a Marcela Garcia,** for the purpose of obtaining for herself and any other

person anything of value from any person, and for any other purpose, did, with intent to deceive, falsely represent a number to be the social security account number assigned by the Commissioner of Social Security to her, when in fact such number is not the social security account number assigned by the Commissioner of Social Security to her in violation of Title 42, United States Code, Section 408(a)(7)(B).

                                               _[signature]_
                                               \[MICH\]AEL HURST, JR.
                                               \[United Sta\]tes Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

       This indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this, the __20th__ day of August, 2019.

                                                 _[signature]_
                                               UNITED STATES MAGISTRATE JUDGE